Date: 06/08/10            Page:

**DIVIDENDS REMITTED TO THE COURT**

Check Number 2011 Dated 06/08/10

Case Number 09-33370 - HJERMSTAD, ALLEN

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| American Express Centurion Bank<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701<br>1005 | 000002 | 1,904.35 | 2.45 |
| FIRST NATIONAL CREDIT CARD CENTER<br>1620 DODGE ST<br>STOP CODE 3105<br>OMAHA NE 68105-0773<br>2065 | 000003 | 2,836.45 | 3.66 |
| Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145<br>9045 | 000004 | 3,381.40 | 4.36 |
| ---------- Remittance Total ---------- | | 8,122.20 | 10.47 |

MICHAEL J. IANNACONE, Trustee

#2302

RECEIVED 10 JUN -9 AM 10:44 U.S. BANKRUPTCY COURT ST. PAUL MN